BRUNSWICK REALTY COMPANY v. COMFOLASTIC CORPORATION and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant Mayer-Stern Undergarment Co., Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY v. THE TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CORAL GABLES, INC., v. ARTHUR W. MARKS and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEOTA TEEL v. BLAISE COCHEO.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PROVIDENT SAVINGS BANK AND TRUST COMPANY, as Executor, etc., of GEORGE H. MASSEY, Deceased, v. JOHN A. STEINMETZ and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LENA GOLDBERG, as Administratrix, etc., of BENJAMIN GOLDBERG, Deceased, v. NEUROLOGICAL INSTITUTE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FANNY GOLDSTEIN and Another v. WALTON-BURNSIDE AMUSEMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH HORBACHEVSKY v. GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JESSE SPIER and Another v. AMERICAN SURETY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROSA RODRIGUEZ and CONRAD ROSARIO, as Coadministrators, etc., of WILLIAM RODRIGUEZ, Deceased, v. RE JO REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VINCENT QUATRARO v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.